THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN McKEON, Appellant.

(Argued October 6, 1884 ; decided October 21, 1884.)

*George Raines* for appellant.

*William H. Burton* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

FREDERICK DIEDRICK, Respondent, *v.* JOHN KEAN et al., Appellants.

(Argued October 6, 1884 ; decided October 21, 1884.)

*Luther R. Marsh* for appellants.

*George J. Greenfield* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

MARIAN HOVEY et al., Appellants, *v.* WILLIAM E. DODGE et al., Respondents.

(Argued October 7, 1884 ; decided October 21, 1884.)

*Samuel Hand* for appellants.

*John E. Parsons* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.